**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California  _CA_
_____  (State)

Case number (if known): _____  Chapter _7_

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | NEW LINE ELECTRIC INC. |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | NONE |
| 3. Debtor's federal Employer Identification Number (EIN) | 460666770 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1798 SUNSHINE PARKWAY | SAME |
| Number    Street | Number    Street |
| | P.O. Box |
| PALMDALE          CA      93551 | PALMDALE |
| City          State    ZIP Code | City          State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| LOS ANGELES | |
| County | Number    Street |
| | |
| | City          State    ZIP Code |

5. Debtor's website (URL)

Debtor    NEW LINE ELECTRIC INC._____    Case number (if known)_____
         Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __  __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. Check *all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  NEW LINE ELECTRIC INC.
_____
Name

Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

       District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                          MM / DD / YYYY

       Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number       Street

                          _____

                          _____
                          City                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

| Debtor | NEW LINE ELECTRIC INC. | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/2023
             MM / DD / YYYY

X _____          JOE GONZALEZ
Signature of authorized representative of debtor          Printed name

Title  CEO

---

Debtor    NEW LINE ELECTRIC INC.                                    Case number (if known)_____
          _____
          Name

**18. Signature of attorney**    ✗ _____    Date    12/12/2023
                                    Signature of attorney for debtor              MM   / DD / YYYY

          GRACE WHITE
          _____
          Printed name

          _____
          Firm name
          21700 OXNARD STREET
          _____
          Number      Street
          SUITE 1140                                         CA      91367
          _____        _____
          City                                              State   ZIP Code

          (818)346-2606                                      gracewhiteesq@sbcglobal.net
          _____        _____
          Contact phone                                     Email address

          175580                                             CA
          _____        _____
          Bar number                                         State

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

GRACE WHITE ESQ SBN 175580
21700 OXNARD STREET, SUITE 1140
WOODLAND HILLS, CA 9167
PHONE (818)346-2606
FAX (818)346-2605
EMAIL gracewhitesq@sbcglobal.net

FOR COURT USE ONLY

☒ *Attorney for:* NEW LINE ELECTRIC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

In re:
NEW LINE ELECTRIC

Debtor(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER: SELECT CHAPTER

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO  FRBP 1007(a)(1)**
**and 7007.1, and LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* <u>JOE GONZALEZ</u>_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  12/12/2023 _____

By: _____
      Signature of Debtor, or attorney for Debtor

Name:  Joe Gonzalez _____
      Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    NOT APPLICABLE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___WOODLAND HILLS___ , California

Date: __12/12/2023__

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name _New Line Electric_

United States Bankruptcy Court for the: _Central_ District of _CA_
                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................. $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................... $ _____ 200.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................. $ _____ 200.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........................... $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................... $ _____ 58,300.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................... + $ _____ 58,300.00

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                        $ _____ 58,300.00

**Fill in this information to identify the case:**

Debtor name  NEW LINE ELECTRIC

United States Bankruptcy Court for the: CENTRAL _____ District of CA
                                                          (State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                                     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   |---|---|
   | 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   |---|---|
   | 7.2. _____ | $_____ |
   | | $_____ |

Debtor _____NEW LINE ELECTRIC_____          Case number (if known)_____
              Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____          $_____
   8.2._____          $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                         $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                               face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                               face amount     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                    Valuation method        Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____          _____       $_____
    14.2._____          _____       $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1._____  _____%        _____       $_____
    15.2._____  _____%        _____       $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____          _____       $_____
    16.2._____          _____       $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                              $_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 2

Debtor    NEW LINE ELECTRIC
_____
Name                                                                                    Case number (if known)_____

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___MM / DD / YYYY___ | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___MM / DD / YYYY___ | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___MM / DD / YYYY___ | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___MM / DD / YYYY___ | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    ✔    $_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    NEW LINE ELECTRIC
　　　　　Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    NEW LINE ELECTRIC _____    Case number (if known)_____
Name

**Part 8:**    **Machinery, equipment, and vehicles**

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.    **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.    **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    NEW LINE ELECTRIC
_____
Name

Case number *(if known)* _____

---

**Part 9:    Real property**

54.   **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61.  **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62.  **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64.  **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65.  **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 6

Debtor     NEW LINE ELECTRIC
       Name                                                      Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                              **Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____    _____  –  _____    ⇒  $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____
Nature of claim
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____
Nature of claim
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    NEW LINE ELECTRIC
 _____     Case number (if known)_____
 Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $_____ | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................    $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | NEW LINE ELECTRIC |
| United States Bankruptcy Court for the: | CENTRAL District of CA (State) |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** Creditor's name                  Describe debtor's property that is subject to a lien

_____                              $_____    $_____

Creditor's mailing address

_____

_____        Describe the lien

Creditor's email address, if known    **Is the creditor an insider or related party?**
                                       ☐ No
_____                ☐ Yes

Date debt was incurred  _____    **Is anyone else liable on this claim?**
Last 4 digits of account               ☐ No
number          _____             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**                       **As of the petition filing date, the claim is:**
☐ No                                   Check all that apply.
☐ Yes. Specify each creditor, including this creditor,    ☐ Contingent
    and its relative priority.         ☐ Unliquidated
                                       ☐ Disputed
_____

_____

**2.2** Creditor's name                  Describe debtor's property that is subject to a lien

_____                              $_____    $_____

Creditor's mailing address

_____

_____        Describe the lien

Creditor's email address, if known    **Is the creditor an insider or related party?**
                                       ☐ No
_____                ☐ Yes

Date debt was incurred  _____    **Is anyone else liable on this claim?**
Last 4 digits of account               ☐ No
number                                 ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**                       **As of the petition filing date, the claim is:**
☐ No                                   Check all that apply.
☐ Yes. Have you already specified the relative    ☐ Contingent
    priority?                          ☐ Unliquidated
    ☐ No. Specify each creditor, including this    ☐ Disputed
        creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is
        specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**                                          $_____

Debtor _____    Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the value | that supports this |
| | | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address

$_____    $_____

_____

_____

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
❑ No
❑ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____ _____ _____ _____

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address

$_____    $_____

_____

_____

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
❑ No
❑ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

Debtor _____    Case number *(if known)*_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | *New Line Electric* |
| United States Bankruptcy Court for the: | *Central* District of *CA* (State) |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Westwood Cutting
4601 Sheridan St Suite 501
Hollywood, FL 33021

Date or dates debt was incurred
04/25/2022

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $ 36,500.00
Priority amount: $ 0.00

**2.2** Priority creditor's name and mailing address
COXIME
1900 S STATE COLLEGE BLVD.,
SUITE 300
ANAHEIM CA 92806

Date or dates debt was incurred

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $ 21,800.00
Priority amount: $

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred

Last 4 digits of account number ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $
Priority amount: $

Debtor _____
Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

**2._ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____      $ _____

Date or dates debt was incurred         Basis for the claim:

_____

Last 4 digits of account number         Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____      $ _____

Date or dates debt was incurred         Basis for the claim:

_____

Last 4 digits of account number         Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____      $ _____

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number         Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2._ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____      $ _____

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number         Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page ___ of ___

Debtor                                                          Case number (if known)_____

| **Part 2:** | **List Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits account number _____

Debtor _____    Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional **NONPRIORITY** creditors exist, do not fill out or submit this page.

Amount of claim

3.__  Nonpriority creditor's name and mailing address

_____    _____

_____    _____

_____    _____

_____    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

**Basis for the claim:** _____

Date or debt was incurred          _____

Last 4 digits account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__  Nonpriority creditor's name and mailing address

_____    _____

_____    _____

_____    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or debt was incurred          _____

Last 4 digits account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__  Nonpriority creditor's name and mailing address

_____    _____

_____    _____

_____    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or debt was incurred          _____

Last 4 digits account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__  Nonpriority creditor's name and mailing address

_____    _____

_____    _____

_____    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or debt was incurred          _____

Last 4 digits account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__  Nonpriority creditor's name and mailing address

_____    _____

_____    _____

_____    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or debt was incurred          _____

Last 4 digits account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

Debtor _____    Case number (if known)_____

| Part 3: | Others to Be **Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.2. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.3. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.4. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.5. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.6. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.7. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.8. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.9. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.10. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.11. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |
| 4.12. _____ <br> _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ | _____ |

Debtor _____    Case number (if known)_____

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___
_____
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

___ ___ ___ ___

4.___
_____
_____

Line _____

☐ Not listed. Explain _____
_____

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page ___ of ___

Debtor _____    Case number (if known) _____

| Part 4: | Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims** from Part 1 | 5a. | $_____ |
| 5b. **Total claims** from Part 2 | 5b. + | $_____ 58,300.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $_____ 58,300.00 |

Fill in this information to identify the case:

Debtor name __NEW LINE ELECTRIC INC__

United States Bankruptcy Court for the __CENTRAL__ _____ District of __CA__
(State)

Case number (if known): _____      Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.2 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.3 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.4 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.5 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debtor    NEW LINE ELECTRIC INC
_____
          Name

Case number (if known) _____

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

Fill in this information to identify the case:

Debtor name    NEW LINE ELECTRIC

United States Bankruptcy Court for the:   CENTRAL                      District of   CA
                                                                                  (State)

Case number (If known):   _____

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors,** *Schedules D-G.* **Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   Column 1: **Codebtor**                                                    Column 2: **Creditor**

   |  | Name | Mailing address | Name | Check all schedules that apply: |
   |---|---|---|---|---|
   | 2.1 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |
   | 2.2 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |
   | 2.3 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |
   | 2.4 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |
   | 2.5 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |
   | 2.6 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
   |  |  | City   State   ZIP Code |  |  |

Debtor   NEW LINE ELECTRIC
         Name

Case number (if known)_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| Name | Mailing address | | Name | Check all schedules that apply: |
|------|-----------------|--|------|----------------------------------|

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

2.___
   Street
                                                                              ❏ D
                                                                              ❏ E/F
                                                                              ❏ G
   City          State          ZIP Code

Official Form 206H                     Schedule H: Codebtors                     page ___ of ___

**Fill in this information to identify the case and this filing:**

Debtor Name _New Line Electric_

United States Bankruptcy Court for the: _Central_ District of _CA_
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/12/2023_            ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

JOE GONZALEZ
Printed name

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    *NewLINE ELECTRIC*

United States Bankruptcy Court for the:  Central District of California

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to   Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to   Filing date | _____ | $_____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor _____          Case number (if known)_____
           Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   |  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | | | | |
   | | Creditor's name | _____ | $_____ | ☐ Secured debt |
   | | Street | _____ | | ☐ Unsecured loan repayments |
   | | | | | ☐ Suppliers or vendors |
   | | | | | ☐ Services |
   | | City          State     ZIP Code | | | ☐ Other _____ |
   | 3.2. | | | | |
   | | Creditor's name | | $_____ | ☐ Secured debt |
   | | Street | | | ☐ Unsecured loan repayments |
   | | | | | ☐ Suppliers or vendors |
   | | | | | ☐ Services |
   | | City          State     ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   |  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | | | | |
   | | Insider's name | _____ | $_____ | _____ |
   | | Street | | | _____ |
   | | | | | _____ |
   | | City          State     ZIP Code | | | |
   | | **Relationship to debtor** | | | |
   | | _____ | | | |
   | 4.2. | | | | |
   | | Insider's name | | $_____ | _____ |
   | | Street | | | _____ |
   | | | | | _____ |
   | | City          State     ZIP Code | | | |
   | | **Relationship to debtor** | | | |
   | | _____ | | | |

Debtor _____     Case number (if known)_____
　　　　　Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　State　ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City　　　State　ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City　　　State　ZIP Code | Last 4 digits of account number: XXXX–_ _ _ _ | | |

## Part 3:　Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Adelmo Rivera v New Line | Personal Injury | Alhambra Superior Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | BC719940 | | 150 W Commonwealth | |
| | | | Alhambra CA 91801 | |
| | | | City　　State　　ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City　　State　　ZIP Code | |

Official Form 207　　　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor _____          Case number (if known)_____
              Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ _____ |
| Street | Case title | Court name and address |
| | | Name |
| City        State     ZIP Code | Case number | Street |
| | Date of order or assignment | City        State        ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | _____ | $_____ |

Debtor _____    Case number (if known)_____
      Name

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|

11.1.   _____

     **Address**

     _____
     Street

     _____
     City        State   ZIP Code

     **Email or website address**

     _____

     **Who made the payment, if not debtor?**

     _____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|

11.2.   _____

     **Address**

     _____
     Street

     _____
     City        State   ZIP Code

     **Email or website address**

     _____

     **Who made the payment, if not debtor?**

     _____

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|

     _____

     **Trustee**

     _____

Debtor _____    Case number (if known)_____
     Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  _____    _____    _____    $ _____

    **Address**

    _____
    Street

    _____
    City     State   ZIP Code

    **Relationship to debtor**

    _____

    **Who received transfer?**

13.2.  _____    _____    _____    $ _____

    **Address**

    _____
    Street

    _____
    City     State   ZIP Code

    **Relationship to debtor**

    _____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|

14.1.  _____    From _____ To _____
    Street

    _____
    City     State   ZIP Code

14.2.  _____    From _____ To _____
    Street

    _____
    City     State   ZIP Code

Debtor _____     Case number (if known)_____
     Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City_____ State_____ ZIP Code_____

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City_____ State_____ ZIP Code_____

☐ Electronically
☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan

Employer identification number of the plan

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 7

Debtor _____    Case number (if known)_____
　　　　　Name

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name _____ Street _____ City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. Name _____ Street _____ City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 8

Debtor _____          Case number (if known)_____
      Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City      State      ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City      State      ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 9

Debtor _____     Case number (if known)_____
        Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State     ZIP Code | City        State     ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.1.**

Name _____

Street _____

City      State    ZIP Code

Describe the nature of the business
_____
_____
_____

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From _____    To _____

**25.2.**   Business name and address

Name _____

Street _____

City      State    ZIP Code

Describe the nature of the business
_____
_____
_____

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From _____    To _____

Business name and address

**25.3.**

Name _____

Street _____

City      State    ZIP Code

Describe the nature of the business
_____
_____
_____

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From _____    To _____

Debtor _____    Case number (if known) _____
      Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

**Name and address**                           **Dates of service**

26a.1.    _____     From _____   To _____
        Name

        _____
        Street

        _____
        City           State    ZIP Code

**Name and address**                           **Dates of service**

26a.2.    _____     From _____   To _____
        Name

        _____
        Street

        _____
        City           State    ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**Name and address**                           **Dates of service**

26b.1.    _____     From _____   To _____
        Name

        _____
        Street

        _____
        City           State    ZIP Code

**Name and address**                           **Dates of service**

26b.2.    _____     From _____   To _____
        Name

        _____
        Street

        _____
        City           State    ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

**Name and address**                           **If any books of account and records are unavailable, explain why**

26c.1.    _____     _____
        Name

        _____     _____
        Street

        _____     _____
        City           State    ZIP Code

Debtor _____    Case number (if known)_____
        Name

Name and address                                          If any books of account and records are
                                                          unavailable, explain why

26c.2.    _____               _____
          Name                                           _____
          _____               _____
          Street                                         _____
          _____
          City                State      ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
     within 2 years before filing this case.

     ☑ None

     Name and address

26d.1.    _____
          Name
          _____
          Street
          _____
          _____
          City                State      ZIP Code

     Name and address

26d.2     _____
          Name
          _____
          Street
          _____
          _____
          City                State      ZIP Code

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

    **Name of the person who supervised the taking of the inventory**    Date of        The dollar amount and basis (cost, market, or
                                                                          inventory      other basis) of each inventory

    _____    _____    $_____

    **Name and address of the person who has possession of inventory records**

27.1.    _____
         Name
         _____
         Street
         _____
         _____
         City                State      ZIP Code

Debtor _____   Case number (if known)_____
            Name

Name of the person who supervised the taking of the inventory

_____

Name and address of the person who has possession of inventory records

| | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $ _____ |

27.2.
Name _____

Street _____

City _____
                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name _____ | _____ | _____ | _____ |
| Street _____ | | | |
| _____ | _____ | _____ | _____ |
| City _____  State  ZIP Code | | | |
| Relationship to debtor | _____ | _____ | _____ |
| _____ | | | |

Debtor _____    Case number (if known)_____
        Name

**Name and address of recipient**

30.2

_____        _____  _____  _____
Name

_____        _____
Street

_____        _____
City              State        ZIP Code        _____

**Relationship to debtor**

_____        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

_____        EIN: ___ ___ - ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the pension fund**

_____        EIN: ___ ___ - ___ ___ ___ ___ ___ ___

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM  / DD  / YYYY

✗ _____        Printed name _Joe Gonzalez_
Signature of individual signing on behalf of the debtor

_____
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**      NEW LINE ELECTRIC

                                                    Case No. _____

**Debtor**                                          Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 1,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $_____ 1000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 0

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/12/2023
_____
Date

_____
Signature of Attorney

GRACE WHITE
_____
Name of law firm

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

GRACE WHITE ESQ
21700 OXNARD STREET
SUITE 1140
WOODLAND HILLS, CA 91367
PHONE: (818)346-2606
FAX: (818)346-2605
EMAIL gracewhiteesq@sbcglobal.net

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISIO ▼

In re:
NEW LINE ELECTRIC INC

CASE NO.: 7

CHAPTER:

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under
penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all
responsibility for errors and omissions.

Date:  12/12/2023 _____

Date:  _____

Date:  _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                F 1007-1.MAILING.LIST.VERIFICATION

NEW LINE ELECTRIC INC
MASTER MAILING LIST OF CREDITORS

Westwood Funding
4601 Sheridan St
Suite 501
Hollywood, FL 33021

LoanMe, Inc.
1900 S. State College Blvd.,
Suite 300
Anaheim, CA 92806